# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

Joshua Thomas Head
15535 Orangegaid Dr
Punta Gorda, FL 33955
269-267-5572

Plaintiff(s),

v

Rhea Lee Wise
152 E Michigan Ave
Galesburg, MI 49053
269-370-0821

Defendant(s).

1:22-cv- 464
Robert J. Jonker
Chief U.S. District Judge

Case No.
Honorable

FILED - KZ
May 24, 2022 2:19 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
_mg_ Scanned by mg 5/24/22

Joshua T. Head  v  Rhea L Wise

- Type of claim: Personal Injury #320; Assault, Libel & Slander
- Basis of jurisdiction: Diversity
- Facts:
  #1 - Defendant has made multiple false allegations resulting in loss of home, family, family business, and time.
  #2 - Defendant has attacked plaintiff causing bodily harm.
  #3 - Defendant has instructed others to assault Plaintiff resulting in confrontation and loss of freedoms.
  #4 - False claims have halted relationship between Plaintiff and his children.
  #5 - Ongoing legal disturbences because of false claims
- Jury demand: NO
- Releif sought:
  #1 - Return of children and restoration of Plaintiff and childrens rights.
  #2 - Return of any remains of family business and childrens property.
  #3 - Name cleared and bond returned.
  #4 - Any other releif the court finds sufficient.

x _____Josh J. Head_____ 5-23-22
Joshua T. Head
15535 Orangeaid
Punta Gorda, FL 33955
269-267-5572